■ RICHARD W. BAKER, JR., et al., as Trustees of Institutional Investors Trust, Appellant, v BENJAMIN MALMAN et al., Respondents.—Order, Supreme Court, New York County, entered on March 14, 1978, unanimously affirmed (see *Tonkonogy v Seidenberg*, 63 AD2d 587; *Seaman-Andwall Corp. v Wright Mach. Corp.*, 31 AD2d 136). (Silverman, J., concurs on constraint of *Tonkonogy v Seidenberg*, supra.) The respondents shall recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Murphy, P. J., Birns, Silverman, Evans and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on September 22, 1975, unanimously affirmed. Application by appellant's assigned counsel to be relieved is denied. No opinion. Concur—Murphy, P. J., Birns, Evans and Fein, JJ.

■ STANLEY WEST, Respondent, v BERNARD GOZ, Individually and as Principal of G. W. Realty, Inc., et al., Appellants.—Judgment, Supreme Court, New York County, entered on December 13, 1977, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term. The respondent shall recover of the appellants $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Birns, Evans and Sullivan, JJ.

■ NANCY M. PELTZ, Respondent, v GEORGE M. D. PELTZ, IV, Appellant. —Orders, Supreme Court, New York County, entered on December 6 and 22, 1977. Order entered on December 6, 1977, unanimously affirmed. Appeal from order entered on December 22, 1977, dismissed as academic, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Lupiano, Lane, Sandler and Sullivan, JJ.